**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7395**

MICHAEL ANGELO LOISEAU,

          Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

          Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:15-cv-00417-REP-RCY)

Submitted: February 27, 2017        Decided: March 9, 2017

Before GREGORY, Chief Judge, and MOTZ and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Angelo Loiseau, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Angelo Loiseau appeals the district court's order dismissing without prejudice Loiseau's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Loiseau v. United States, No. 3:15-cv-00417-REP-RCY (E.D. Va. Sept. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED